**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed June 21, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-22-00038-CR

### IN RE JOVANY JAMPHER PAREDES, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1241896**

---

## MEMORANDUM OPINION

On January 24, 2022, relator Jovany Jampher Paredes filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Colleen Gaido, presiding judge of the 337th District Court of Harris County, to rule on two pending motions: (1) "Motion for Forensic DNA Testing Under

Chapter 64 of the Code of Criminal Procedure"; and (2) "Motion to Appoint Counsil [sic] under Ch. 64.01 of the C.C.P."

By Order dated April 26, 2022, this Court advised relator that his petition does not comply with Rules 52.3(j), 52.3(k), and 52.7(a) of the Texas Rules of Appellate Procedure. In the Order, the court notified relator that "his petition for writ of mandamus will be dismissed unless relator supplements and/or amends his petition to addresses the issues identified above on or before May 26, 2022."

To date, relator has not supplemented or amended his petition to comply with the Texas Rules of Appellate Procedure and this Court's Order. As such, relator's petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).